**2010–1402. State ex rel. Cuyahoga Metro. Hous. Auth. v. McCafferty.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a

writ of mandamus/prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*September 7, 2010*

[Cite as *09/07/2010 Case Announcements #2*, 2010-Ohio-4213.]

## MOTION AND PROCEDURAL RULINGS